**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6354

LOUIS ROY CHAPMAN,

Plaintiff - Appellant,

v.

BULLOCK, Correctional Officer, Female, Powhatan Correctional
Center, sued personally and professionally; D. NEWCOMER,
Captain, Powhatan Correctional Center, sued personally and
professionally; JOHN BENDRICK, Sergeant, Investigator,
Powhatan Correctional Center, sued personally and
professionally; ERU ALDRIGE, Assistant Warden, Powhatan
Correctional Center, sued personally and professionally;
JEFFERY DILLMAN, Warden, Powhatan Correctional Center, sued
personally and professionally; J. C. WHITE, Sergeant,
Powhatan Correctional Center, sued personally and
professionally; R. EDWARDS, Unit Manager, Powhatan
Correctional Center, sued personally and professionally; S.
GRAHAM, Counselor, Powhatan Correctional Center, sued
personally and professionally; L. SIMMONS, Correctional
Officer, Female, Powhatan Correctional Center, sued
personally and professionally; D. A. WHITE, Sergeant,
Powhatan Correctional Center, sued personally and
professionally; R. M. LEABOUGH, Hearings Officer, Powhatan
Correctional Center, sued personally and professionally;
RUSSELL, Captain, Powhatan Correctional Center, sued
personally and professionally; WILSON, Correctional Officer,
Powhatan Correctional Center, sued personally and
professionally; SPENCE, Correctional Officer, Powhatan
Correctional Center, sued personally and professionally;
GOSSELIN, Correctional Officer, Powhatan Correctional
Center, sued personally and professionally; GODZWA,
Correctional Officer, Powhatan Correctional Center, sued
personally and professionally; BROOKS, Correctional Officer,
Powhatan Correctional Center, sued personally and
professionally; BRANCH, Correctional Officer, Powhatan
Correctional Center, sued personally and professionally;
HARRIS, Correctional Officer, Powhatan Correctional Center,

sued personally and professionally; BALDWIN, Correctional Officer, Powhatan Correctional Center, sued personally and professionally; ROACHE, Correctional Officer, Powhatan Correctional Center, sued personally and professionally,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:14-cv-00463-JAG-RCY)

---

Submitted:  July 28, 2016                    Decided:  August 1, 2016

---

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Louis Roy Chapman, Appellant Pro Se.  Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Louis Roy Chapman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chapman v. Bullock, No. 3:14-cv-00463-JAG-RCY (E.D. Va. Feb. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED